# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBERT MORRIS McCORD et al.,

    Plaintiffs,

v.                                      CASE NO. 5:04cv385-RH/WCS

JACKSON COUNTY FLORIDA et al.,

    Defendants.

_____/

## ORDER FOR DISMISSAL WITHOUT PREJUDICE OF
## CLAIMS AGAINST DEFENDANTS BAXTER'S AND MELVIN

Plaintiffs' motion to dismiss their claims against defendants Baxter's Asphalt and Concrete, Inc. and David H. Melvin (document 56) is GRANTED. All claims against these defendants are dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1). I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b). The action remains pending against the other defendants. The clerk shall docket the letter dated October 25, 2005, from the attorney for Mr. Melvin to the court as a memorandum in response to the motion to dismiss.

    SO ORDERED this 27th day of October, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge